AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Louis Naioleak.

FR ARR.

Date: 3/9/05

Signature: [signature]

Print Name: Mark Mastroianni

Address: 95 State

City: Spfld.   State: [  ]   Zip Code: [  ]

Phone Number: 733-0233