AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

LOUIS NAIOLEARI

**WARRANT FOR ARREST**

CASE NUMBER: 05-300___-MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Louis Naioleari
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy and operating an illegal gambling business

in violation of
Title           18           United States Code, Section(s) 371, 1955

Kenneth P. Neiman
Name of Issuing Officer

_[signature] Kenneth P. Neiman_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

February 24, 2005  Springfield, MA
Date and Location

Bail fixed at $ _____  by _____
                                            Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at  'u U.S.
Courthouse, Springfield, MA

| DATE RECEIVED 03/9/2005 | NAME AND TITLE OF ARRESTING OFFICER Dominic J. Barbara, SA | SIGNATURE OF ARRESTING OFFICER SA [signature] |
| DATE OF ARREST 03/9/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Louis Naioleari

ALIAS:

LAST KNOWN RESIDENCE: 23 Kenwood Terrace, Springfield, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 1962

SOCIAL SECURITY NUMBER (last 4 digits only): 6125

HEIGHT:                                          WEIGHT:

SEX:    male                                     RACE:

HAIR:                                            EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: