AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

U.S.A

v.

Nailehari, Louis

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  def Louis Nawlen

Date: 3/22/05

Signature: V.A. B____

Print Name: V. A. Bougiorn_

Address: 95 State

City: Spfld    State: MA    Zip Code: 01103

Phone Number: (413) -732 0222