UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-30001-MAP |
| ) | |
| LOUIS NAIOLEARI, ) | |
| Defendant ) | |

## WAIVER OF RIGHT TO SEPARATE REPRESENTATION

I am a Defendant in the above-captioned case. I am represented by Mark Mastroianni, Esq. . I understand that my attorney (or, an attorney associated with my attorney) represents (a) co-defendant(s) also charged in this case.

I understand that I have a right to effective assistance of counsel, including separate independent counsel. I understand that, if I am indigent, an attorney can be appointed to represent me, at no cost to me. I have been informed that there is a risk of conflict of interest whenever an attorney (two attorneys in association) represent(s) two or more defendants in the same or related criminal proceeding. I understand that the exact nature and extent of this risk is subtle and difficult to predict, but it may undermine the vigor of my attorney's representation of me, limit the theories of defense offered on my behalf, compromise the presentation to the court on disposition of I am convicted or prejudice me in other ways.

I recognize that if prejudice that I am now unaware of surfaces at a later point in this proceeding, the court will not be required to postpone my trial to permit me to seek new counsel, or to request appointed counsel.

I have discussed this release with my attorney. I hereby unconditionally waive my right to separate counsel. I do this knowingly, and voluntarily and without any coercion.

4/7/05
Date

_____
Signature of Defendant