UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.            )<br>)<br>)<br>ANTHONY ARILLOTTA, DAVID )<br>CECCHETELLI and LOUIS )<br>NAIOLEARI, )<br>Defendants )  | Criminal No. 05-30001-MAP |

INTERIM SCHEDULING ORDER
April 27, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial Status Conference this day:

1. An interim conference will be held on June 23, 2005, at 2:30 p.m. in Courtroom III.

2. On or before the close of business, June 21, 1005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge