UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

 V.

**LOUIS NAIOLEARI**        CASE NO. CR 05-30001-MAP

<u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that the above-entitled case has been SET for A STATUS CONFERENCE on 1/27/06 at 11:30 A.M. before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

                SARAH THORNTON
                CLERK OF COURT

 1/20/06              By: /s/ Elizabeth A. French
  Date                Deputy Clerk

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)             [kntchrgcnf.]
                               [ntchrgcnf.]