UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
)
v. ) CR NO. 05-30001-MAP
)
LOUIS NAIOLEARI )


ORDER

January 20, 2006

PONSOR, D.J.

The court this day received the attached communication by U.S. Probation Officer Emily Piovoso. Defendant offered his plea on October 21, 2005, and the case was set for sentencing on March 3, 2006. According to the memorandum, the government has not yet provided the Probation Officer with a Statement of Facts for the Presentence Report. It also appears that Defendant has not been interviewed.

Counsel are ordered to appear before this court on January 27, 2006 at 11:30 a.m. to report on the status of this case. It appears that, with almost four and a half months between plea and sentencing, adequate information has not yet been conveyed to the Probation Officer to permit sentencing on

the scheduled date.

It is So Ordered.

**MICHAEL A. PONSOR**
**United States District Judge**



## MEMORANDUM

**To:**    The Honorable Michael A. Ponsor

U.S. District Judge

**From:**    Emily Piovoso

United States Probation Officer

**Re:**    Louis Naioleari

05-30001

**Date:**    January 18, 2006

On October 21, 2005, Louis Naioleari pled guilty to a gambling conspiracy. A disposition date is scheduled for March 3, 2006. The five-week disclosure date is January 27, 2006, and the date that the report is to be submitted for review is January 20, 2006.

The presentence interview was originally scheduled for December 7, 2005; however, due to a conflict in defense counsel's schedule, the interview was cancelled. Defense counsel advised that he would contact the probation office when his schedule permitted an interview with the defendant, and that he anticipated requesting a continuance of the disposition date from the court. To date, that request has not been provided to the court. Furthermore, the government has yet to provide the probation office with a Statement of Facts for the presentence report. Finally, the above-signed officer will be resigning from the probation office in approximately six weeks, and this case has been transferred to Probation Officer Kelly Foster.

Accordingly, the probation office is requesting a seven week continuance of the disposition date to mid-April 2006. Neither the government nor the defendant opposes the request for a continuance.