```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.    ) | CRIMINAL NO. 05-30001-MAP |
| ANTHONY ARILLOTTA, ) | |
| DAVID CECCHETELLI, and ) | |
| LOUIS NAIOLEARI, ) | |
| ) | |
| Defendants.    ) | |

### STATUS REPORT RE SENTENCING

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, after conferring with Mark Mastroianni, counsel for Louis Naioleari, and Richard Rinaldi, United States Probation Officer, files the following status report:

1. Responsibility for the Presentence Report has been transferred to Richard Rinaldi.

2. The parties agree that preparation of a complete Presentence Report is appropriate and that the March 3, 2006, sentencing should be continued by six weeks to provide time for the Probation Department to prepare and circulate the report.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:

    /s/Karen L. Goodwin
    _____
    Karen L. Goodwin
    Assistant U.S. Attorney
    1550 Main Street
Dated: February 3, 2006    Springfield, MA 01103
    413-785-0235

CERTIFICATION

    This is to certify that a copy of the foregoing was served on Mark Mastroianni, counsel for Defendant Louis Naioleari, through the ECF filing system.

                                               /s/Karen L. Goodwin
                                               Karen L. Goodwin